**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

JOSHUA M. STOCKTON                                                        PLAINTIFF
ADC #169885

v.                                        Case No. 4:25-cv-00237-KGB

THOMAS NATHAN DANIEL                                                      DEFENDANT

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 4). *Pro se* plaintiff Joshua M. Stockton filed objections to the Recommendation (Dkt. No. 5). After conducting a *de novo* review of the record, the Court determines that Mr. Stockton's objections break no new legal ground. The Court therefore adopts the Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 4). Mr. Stockton's complaint is dismissed without prejudice (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge